AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ARMSTRONG HOLMES,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
  V.

      CASE NUMBER: **3:08-CV-00564-LRH-RAM**

WARDEN HIGH DESERT PRISON, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's First Amended Complaint (#23) is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

  March 3, 2010              **LANCE S. WILSON**
                              Clerk

                                  D. R. Morgan
                                  Deputy Clerk